# No. 25-1342

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

## DAVID D'AMBROSIO[1],

**Petitioner,**

v.

## PAMELA J. BONDI, UNITED STATES ATTORNEY GENERAL,
**Respondent.**

## RESPONDENT'S MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF COUNSEL
## A No. 219-633-255

Pursuant to Cir. R. 12.0(b), Respondent moves the Court for leave to withdraw the appearance of attorneys Anthony Paul Nicastro and Bernard Joseph and substitute the undersigned attorney as lead counsel in this matter.

---

[1] Based upon information provided to undersigned by the Department of Homeland Security, Petitioner is detained, but there is currently no date scheduled for his removal.

# **CONCLUSION**

WHEREFORE, the Court should list the undersigned attorney as lead counsel in this petition for review.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

EDWARD E. WIGGERS
Senior Litigation Counsel
Office of Immigration Litigation

/s A. Ashley Arthur
**A. ASHLEY ARTHUR**
Trial Attorney
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-9132

April 10, 2025                                Attorney for Respondent

# CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion meets the requirements of Fed. R. App. P. 27(d)(2)(A) in that contains 117 words, and therefore, no more than 5,200 words. I also certify that as required by Fed. R. App. P. 32(c)(1), the format of this motion meets the requirements of Fed. R. App. P. 27(d)(1), as it is proportionately spaced and has a typeface of 14 points Times Roman.

/s A. Ashley Arthur
**A. ASHLEY. ARTHUR**
Trial Attorney
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-9132

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2025 I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and Petitioner will therefore be served by CM/ECF.

/s A. Ashley Arthur
**A. ASHLEY ARTHUR**
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-9132