# United States Court of Appeals
## For the First Circuit

No. 25-1342

DAVID D'AMBROSIO,

Petitioner,

v.

PAMELA J. BONDI, U.S. Attorney General,

Respondent.

Before

Gelpí, Lynch, and Kayatta,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: May 21, 2025

      The government has filed a motion for a 10-day extension of time to file the administrative record. Petitioner opposes that motion and, in the course of doing so, seemingly renews his request for a stay of removal. The court previously entered orders denying petitioner's motion for stay of removal and his motion seeking reconsideration. The current filings are resolved as follows. The government's motion for an extension is <u>allowed</u>, and the certified administrative record should be filed by **May 29, 2025**. Any renewed request for a stay of removal by petitioner is <u>denied</u>.

                                    By the Court:

                                    Anastasia Dubrovsky, Clerk

cc:
Karen Weinstock
Oil
Amber Ashley Arthur